158 A.3d 83

COMMONWEALTH of Pennsylvania, Respondent

v.

Thomas HOLLIDAY, Petitioner

No. 316 MAL 2016

Supreme Court of Pennsylvania.

September 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**